Dated: July 14, 2006

LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maxine M. Chesney]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA H. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON & JOHNSONCOMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.<br><br>    Defendants. | Case No. C 06 1319 MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br><br>HON. MAXINE M. CHESNEY |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice **ONLY** defendants J ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: July 10, 2006     LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff